Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____   RPTR/ECRO/TAPE _____
TOTAL TIME: ____ hours ____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____

vs                                                        Plaintiff's Counsel

_____

                                                          Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing
IN COURT CONFERENCE re: Consolidation

☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____