## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PROTEGRITY CORPORATION,<br>a Cayman Island Company,<br><br>Plaintiff,<br><br>v.<br><br>EPICOR SOFTWARE CORPORATION<br>a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)  Civil Action No.: 3:13-cv-01781 (JBA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH PLAINTIFF'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND NOTICE OF DEPOSITION OF BRUCE SCHNEIER**

NOW COMES the Defendant Epicor Software Corporation ("Epicor"), by and through its undersigned counsel, and hereby moves this Honorable Court for a Protective Order forbidding and an Order Quashing the Subpoena to Testify at a Deposition in a Civil Action and the Notice of Deposition of Mr. Bruce Schneier immediately and at least until the production of Mr. Bruce Schneier's expert report pursuant to Fed. R. Civ. P. 26(b)(4).

Epicor hereby moves this Honorable Court for an Order of Reasonable Attorneys' Fees and Costs associated with filing this Motion for Protective Order and Motion to Quash Plaintiff's Subpoena to Testify at a Deposition in a Civil Action and Notice of Deposition of Bruce Schneier pursuant to Local Rule 37(c), Fed. R. Civ. P. 37(a)(5), Fed. R. Civ. P. 45, and the inherent powers of this Honorable Court.

Respectfully submitted,

Dated: December 1, 2014
/s/ William J. Cass
William J. Cass, ct12806
wcass@cantorcolburn.com
Andrew C. Ryan, ct21565
ryan@cantorcolburn.com
Tasia E. Hansen, ct29498
thansen@cantorcolburn.com
Herbert M. Bedingfield, ct29559
hbedingfield@cantorcolburn.com
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on December 1, 2014 a true and correct copy of the foregoing document was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ William J. Cass
William J. Cass